UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                         Case No. 03-CR-80073-DT

HAZLEY DOZIER,

       Defendant.
                                         /

**ORDER HOLDING MATTER IN ABEYANCE AND
DIRECTING SUBMISSION OF AN UPDATED REPORT**

The matter is before the court on the stipulation of both parties that Defendant Hazley Dozier is eligible for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Based upon the stipulation, the court has calculated that Defendant's earliest *possible* release date is not until late 2011 or early 2012. The court has determined that it should address those stipulations involving defendants with earlier possible release dates before reaching defendants whose potential release dates are in 2010 or later. This determination is primarily based on considerations of judicial economy but will also allow the court to consider Defendant's future conduct when the matter is ready for review. Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court.

IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit to the court an updated § 1.B1.10 Report on **July 15, 2011.**

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated: January 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 9, 2009, by electronic and/or ordinary mail.

      s/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522